**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ALEX PALLET SYSTEMS, LLC,

    Plaintiff,

v.                                    Case No. 13-13567

BIFWORLD, INC., et al.,

    Defendants.

                                           /

**ORDER DIRECTING PLAINTIFF TO AMEND THE COMPLAINT**

Alex Pallet Systems, LLC, begins an action in federal court and invokes the diversity jurisdiction, 28 U.S.C. § 1332.  In the complaint, however, Alex alleges party citizenship "on information and belief."  Alex's hedging leaves the soundness of jurisdiction exposed, at a minimum, to fair question.  *See, e.g.*, *Life Share Collateral Holdings, LLC v. Albers*, 2012 WL 5471878, *1 (D. Minn. 2012) (collecting authority) ("A bright-line rule that jurisdictional allegations may not be made 'on information and belief' appears sometimes to have been applied."); *Lyerla v. AMCO Ins. Co.*, 462 F. Supp. 2d 931 (S.D. Ill. 2006) ("Allegations of federal subject matter jurisdiction may not be made on the basis of information and belief, only personal knowledge."); *Multi-M Intern., Inc. v. Paige Med. Supply Co., Inc.*, 142 F.R.D. 150 (N.D. Ill. 1992) ("All allegations concerning the citizenship of the defendants are made upon 'information and belief,' a clearly improper locution under the current federal rules. . . .  Accordingly, all of the allegations contained in the complaint concerning defendants' citizenship must be ignored[.]").  Accordingly,

IT IS ORDERED that Alex must by **September 13, 2013**, perfect the allegations of citizenship in an amended pleading.  *See* 28 U.S.C. § 1653.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  September 6, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 6, 2013, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522