UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ALEX PALLET SYSTEMS, LLC,

        Plaintiff,        Case No.13-13567
                                  Hon. Robert H. Cleland
v.

BIFWORLD, INC., BORNEO INTERNATIONAL
FURNITURE CO., LTD., AL PALLET CO., LTD.,
SEONG KEE KIM, YOUN JOON SONG, and
YOUNG MIN LEE,

        Defendants
_____/

## STIPULATED ORDER WITHDRAWING AND SETTING ASIDE DEFAULTS

Plaintiff Alex Pallet Systems, LLC having filed an entry of default against Defendants Bifworld, Inc. and Young Min Lee (Dckt. Nos. 7, 8, respectively); The Clerk having entered Default (Dckt. No. 9); Defendants Bifworld, Inc. and Young Min Lee having appeared through counsel for the limited purpose of filing motions to set aside Clerk's Entry of Default and to dismiss for lack of personal jurisdiction and improper venue (Dckt. No. 10); Defendants having filed a Motion to Set Aside Clerk's Entry of Default (Dckt. No. 11); This Court being otherwise duly advised in the premises and based on the stipulation of the parties listed below:

IT IS ORDERED that the Clerk's Entry of Default (Dckt. No. 9) is set aside and without effect; and

IT IS FURTHER ORDERED that the entries of default filed by Plaintiff against Defendants Bifworld, Inc. and Young Min Lee are deemed withdrawn and without effect.

                                    SO ORDERED.

Dated: October 16, 2013            s/Robert H. Cleland
                                        UNITED STATES DISTRICT COURT JUDGE

SO STIPULATED:

BOYLE BURDETT							HOOPER HATHAWAY, P.C.

By: s/H. William Burdett, Jr.					By: s/William J. Stapleton (with consent)
    Eugene H. Boyle, Jr. (P42023)				    William J. Stapleton (P38339)
    H. William Burdett, Jr. (P63185)			126 South Main Street
14950 East Jefferson, Suite 200					Ann Arbor, Michigan 48104
Grosse Pointe Park, Michigan 48230				(734) 662-4426
(313) 344-4000							wstapleton@hooperhathaway.com
burdett@boyleburdett.com					*Attorneys for Bifworld, Inc. and Young Min Lee*
*Attorneys for ALEX Pallet Systems, LLC*