UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEX PALLET SYSTEMS, LLC,

    Plaintiff,

v.                                     Case No. 13-13567

BIFWORLD, INC., *et al*,

    Defendants.
                                          /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motion to Dismiss with Prejudice" dated November 15, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants. This case is dismissed with prejudice. Dated at Detroit, Michigan, this 15th day of November 2013.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                              s/ Lisa Wagner
                                        By: Lisa Wagner, Case Manager
                                            to Judge Robert H. Cleland